**Order entered February 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01369-CV

### GATOR APPLE, LLC, Appellant

### V.

### APPLE TEXAS RESTAURANTS, INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-6565**

## ORDER

The reporter's record is overdue in this appeal. Accordingly, the Court **ORDERS** court reporter Vielica Dobbins to file, within **THIRTY DAYS** of the date of this order, either: (1) written verification no hearings were recorded; (2) written verification appellant has not requested or paid for the reporter's record; or (3) the complete reporter's record, including exhibits. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Vielica Dobbins, official court reporter of the 134th Judicial District Court, and to counsel for all parties.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE